# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>TOTAL SYSTEM SERVICES, LLC *f/k/a* TOTAL SYSTEM SERVICES, INC.<br><br>    Defendant. | CIVIL ACTION NO.<br>1:23-cv-01311-WMR |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Total System Services LLC ("TSYS"), collectively the "Parties," hereby respectfully move this Court for approval of the Consent Decree that has been executed in settlement of the above-captioned case. The Proposed Consent Decree is attached to this Motion as Exhibit 1.

Respectfully submitted this 19th day of November, 2024.

| For Plaintiff: | For Defendant: |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | HALL, GILLIGAN, ROBERTS & SHANLEVER LLP |
| */s/ Meeta Dama* <br> Meeta Dama <br> Trial Attorney <br> Georgia Bar No. 398137 <br> Equal Employment Opportunity Commission <br> Atlanta District Office <br> 100 Alabama Street SW <br> Suite 4R30 <br> Atlanta, Georgia 30303 <br> (470) 531-4852 <br> meeta.dama@eeoc.gov | */s/Matthew J. Gilligan* <br> Matthew J. Gilligan <br> Georgia Bar No. 294955 <br> mgilligan@hgrslaw.com <br> Kristina K. Griffin <br> Georgia Bar No. 808069 <br> kgriffin@hgrslaw.com <br> 3340 Peachtree Road NE, Suite 1900 <br> Atlanta, Georgia 30326 <br> T: (404) 537-5525 <br> F: (404) 537-5555 |
| *Counsel for Plaintiff EEOC* | *Counsel for Defendant Total System Services LLC* |